# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Leda Dunn Wettre |
| | : | |
| v. | : | Mag. No. 24-131116 |
| | : | |
| ANDREW TAKHISTOV | : | **ORDER FOR CONTINUANCE** |

     1.     This matter came before the Court on the joint application of Alina Habba, United States Attorney for the District of New Jersey (Vera Varshavsky, Assistant U.S. Attorney, appearing) and defendant ANDREW TAKHISTOV (David Holman, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through September 8, 2025.

     2.     This Court granted three § 3161(h)(7)(A) continuances previously in this case.

     3.     Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

     4.     Counsel for the United States also represented that this continuance is necessary to prevent any non-excludable days under § 3161(h) from expiring.

     5.     The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

     6.     The defendant, through counsel, has consented to this continuance.

7.     FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

a.     The United States is in the process of voluntarily providing pre-indictment discovery to defense counsel, which includes a copy of defendant's: (1) 2 cell phones containing approximately 9 gigabytes and 1 terabyte of data, respectively; (2) USB drive containing approximately 505 files; and (3) chat history containing approximately 2,530 files.

b.     Despite the exercise of diligence, therefore, the circumstances of this case, specifically the voluminous nature of the discovery provided thus far, require giving defense counsel a reasonable amount of additional time for effective preparation and/or to enter into plea negotiations, which would render grand jury proceedings and a trial in this matter unnecessary.

c.     Thus, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from April 11, 2025 through September 8; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

_____
Honorable Leda Dunn Wettre
United States Magistrate Judge

Dated: April 10, 2025

Form and entry consented to:

_____
Vera Varshavsky
Assistant U.S. Attorney

_____
David Holman
Counsel for ANDREW TAKHISTOV

_____
Joyce M. Malliet
Chief, National Security Unit

- 3 -