# FEDERAL PUBLIC DEFENDER
## DISTRICT OF NEW JERSEY

K. ANTHONY THOMAS, FEDERAL PUBLIC DEFENDER

1002 BROAD STREET • NEWARK, NEW JERSEY 07102 • (973) 645-6347

---

October 28, 2025

Honorable Leda Dunn Wettre
United States Magistrate Judge
District of New Jersey
Martin Luther King, Jr., Fed. Bldg.
& U.S. Courthouse
Newark, New Jersey 07101

<u>United States v. Andrew Takhistov</u>
Dkt. No. 24 – 13116

Dear Judge Wettre:

    On October 16, 2025, I informed the Court by letter that there was a breakdown in communication between Mr. Takhistov and I and that I thought it was in the best interest of the case for him to have a new attorney. The letter I sent to the Court was mailed to Mr. Takhistov at the Essex County Jail on Wednesday October 22nd. I also informed a family member of Mr. Takhistov of this on October 18th.

    I am available to answer any questions the Court may have of me.

                               Respectfully submitted,

                               /s/David A. Holman
                               David A. Holman
                               Assistant Federal Public Defender

cc:    Vera Varshavsky
        Assistant U.S. Attorney