Shawn P. Barnes (Attorney ID: 022112010)
**CALCAGNI & KANEFSKY LLP**
One Newark Center
1085 Raymond Blvd., 18th Floor
Newark, New Jersey 07102
Tel. 862-208-1810
sbarnes@ck-litigation.com

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ANDREW TAKHISTOV,<br><br>*Defendant*. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CRIMINAL ACTION<br><br>Mag. No. 24-13116<br><br>**SUBSTITUTION OF COUNSEL** |

**PLEASE TAKE NOTICE** that the undersigned hereby stipulate and consent to the substitution of Shawn P. Barnes, Esq. of Calcagni & Kanefsky, LLP, for the withdrawing attorney, Christopher D. Adams, Esq., of McCarter & English, LLP, as attorney of record for defendant Andrew Takhistov in the above-captioned matter. The undersigned kindly request that the Court remove Mr. Adams from the Court's CM/ECF system in this matter, and substitute Shawn P. Barnes, Esq., as lead counsel to be noticed.

Withdrawing Attorney:

MCCARTER & ENGLISH, LLP

_____
Christopher D. Adams, Esq.

Superseding Attorney:

CALCAGNI & KANEFSKY LLP

*/s/ Shawn P. Barnes*_____
Shawn P. Barnes, Esq.

Dated: February _27__, 2026

Dated: February 27, 2026

1